UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

Case No.  CV 17-9018-MWF (AFMx)                    Date:  February 16, 2018
Title:    George Gibson v. D&W Fine Pack, et al.

Present: The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Rita Sanchez | Not Reported |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings (In Chambers):**   ORDER RE: MOTION TO REMAND CASE TO STATE COURT BASED UPON PROCEDURAL DEFECT [9]

Plaintiff filed a Complaint against Defendants in the Los Angeles County Superior Court on November 9, 2017. (Docket No. 1-1). On December 15, 2017, Defendant D&W Fine Pack LLC ("D&W") removed the action, invoking this Court's diversity jurisdiction. (Notice of Removal (Docket No. 1) ¶ 2). D&W asserted that Plaintiff is a California resident, D&W is a Delaware limited liability company without any California-based members, and the individual Defendants were fraudulently joined. (*See id*. ¶¶ 2-5).

On January 16, 2018, Plaintiff filed a Motion to Remand Case to State Court Based upon Procedural Defect. (the "Motion") (Docket No. 9). On January 29, 2018, D&W filed an Opposition. (Docket No. 13). On February 12, 2018, D&W filed a Notice of Withdrawal of Opposition to Plaintiff George Gibson's Motion to Remand. (the "Notice of Withdrawal") (Docket No. 14). In its Notice of Withdrawal, D&W indicated that it "has become aware that one of the limited partnerships that holds a membership interest in D&W … has at least one limited partner who appears to be a citizen of California," and that this Court thus lacks diversity jurisdiction over this action. (*Id.* ¶¶ 10-11).

The Motion is scheduled to be heard on February 26, 2018. The Court has read and considered the papers on the Motion and deems the matter appropriate for decision

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

Case No. CV 17-9018-MWF (AFMx)				Date: February 16, 2018
Title:	George Gibson v. D&W Fine Pack, et al.

without oral argument. *See* Fed. R. Civ. P. 78(b); Local Rule 7-15. The hearing is therefore **VACATED** and removed from the Court's calendar.

In light of D&W's Notice of Withdrawal it is apparent that the Court lacks subject matter jurisdiction over this action. Accordingly, the Motion is **GRANTED** and the Court **REMANDS** the action to the Superior Court of the State of California for the County of Los Angeles.

This Order shall constitute notice of entry of judgment pursuant to Federal Rule of Civil Procedure 58. The Court **ORDERS** the Clerk to treat this Order, and its entry on the docket, as an entry of judgment. Local Rule 58-6.

IT IS SO ORDERED.